No. 9303. STATE OF MONTANA ex rel. THEIREL v. DISTRICT COURT OF THIRTEENTH JUDICIAL DISTRICT of the State of Montana in and for Yellowstone County.

257 Pac. (2d) 1048.

Decided May 15, 1953.

Relator Pro se.

Per Curiam: Petition dismissed.